UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Daniel J Taylor
and Kathy L Taylor
---------------------------------------------------------

Gary Boren (P31217)
BOREN & CAREY PC     Chapter 7
Attorneys for Debtor(s)     Case No. 07-54833-T
2727 S Telegraph Road     Judge Tucker
Dearborn MI 48124
Telephone: 313.274.2999
---------------------------------------------------------

### MOTION FOR ORDER TO CEASE AND DESIST AND FOR DAMAGES AND ATTORNEY FEES

Debtors state under penalty of perjury as follows in support of this motion:

1. This case was filed on July 31, 2007.

2. A discharge was granted to Debtors on December 7, 2007.

3. Prior to the filing of the petition herein, Debtors entered into a loan agreement with National City Bank. Pursuant to such agreement, Debtors gave National City Bank a second mortgage on their personal residence.

4. As of the date of the filing of the petition herein, the balance owing on such loan was $45,559.32.

5. On September 27, 2007, Debtors entered into a reaffirmation agreement for the above mentioned balance.

6. Such reaffirmation agreement was filed with the Court on October 4, 2007.

7. Paragraph A.1.a.ii. of such agreement states in pertinent part:

"The simple interest rate applicable to the amount reaffirmed as of the date this disclosure statement is given to the debtor: 0.00%."

8. Such reaffirmation agreement also states, on Page 3:

"Your first payment in the amount of $0.00 is due on August 7, 2007 (date), but the future payment may be different. Consult your reaffirmation agreement or credit agreement, as applicable."

9. Nowhere in such reaffirmation agreement is a minimum payment explicitly specified.

10. Part D of the reaffirmation agreement indicates that Debtors can afford $300.00 to make payments toward the reaffirmed debt.

11. Based on the above, it was Debtors' reasonable understanding that they were reaffirming such loan with zero interest and payments of no more than $300.00 per month.

12. Since discharge, Debtors have been receiving collection calls from National City Bank attempting to enforce terms which are not provided in the reaffirmation agreement.

13. Such attempts to collect debts constitute intentional violations of the injunction provided by 11 USC §524.

14. Since such time, Debtors and counsel have telephonically advised representatives of National City Bank of the Bankruptcy case and the reaffirmation agreement.

15. Nevertheless, representatives of National City Bank insist that the reaffirmation requires the payment of contract interest, the clear language of the reaffirmation agreement to the contrary notwithstanding.

WHEREFORE, Debtors request the relief indicated in the attached Exhibit A.

Date: January 23, 2008

\_\_\_\_/s/ Gary Boren (P31217)_____
Gary Boren (P31217)
Attorney for Debtors


We hereby certify under penalty of perjury that the above facts are true to the best of our knowledge, information and belief.


\_\_\_\_/s/ Daniel J Taylor_____     \_\_\_\_/s/ Kathy L. Taylor_____
Daniel J Taylor                                                                                         Kathy L Taylor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Daniel J Taylor
    and  Kathy L Taylor
---------------------------------------------------------
Gary Boren (P31217)
BOREN & CAREY PC                                      Chapter 7
Attorneys for Debtor(s)                               Case No. 07-54833-T
2727 S Telegraph Road                                 Judge Tucker
Dearborn MI 48124
Telephone: 313.274.2999
---------------------------------------------------------

## ORDER TO CEASE AND DESIST AND FOR PUNITIVE DAMAGES AND ATTORNEY FEES

A motion having been filed pursuant to LBR 9014; and all necessary parties having been given adequate notice thereto and adequate notice to respond or object; and no party having otherwise responded or objected; and it appearing that valid reaffirmation agreement exists between National City Bank and Debtors and that such agreement reaffirms a debt in the amount of $45,559.32, payable with zero interest and payments of $300.00 per month; and it appearing that National City Bank has been attempting to enforce a pre-petition debt against Debtors pursuant to terms other than specified in such reaffirmation agreement; and it appearing that such attempts were willful and intentional; and such attempts are therefore violations of 11 USC §524; NOW THEREFORE,

IT IS HEREBY ORDERED

A.  National City Bank shall cease and desist from any attempts to enforce a debt as against Debtors pursuant to terms other than herein specified, and,

B.  National City Bank shall pay to Debtors the sum of $2,500.00 as punitive damages, and,

C.  National City Bank shall pay to Debtors' counsel, Boren & Carey PC, the sum of $2,000.00 for attorney fees necessary to bring this motion.

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Daniel J Taylor
and Kathy L Taylor
-------------------------------------------------------

| | |
|---|---|
| Gary Boren (P31217) | |
| BOREN & CAREY PC | Chapter 7 |
| Attorneys for Debtor(s) | Case No. 07-54833-T |
| 2727 S Telegraph Road | Judge Tucker |
| Dearborn MI 48124 | |
| Telephone: 313.274.2999 | |

-------------------------------------------------------

NOTICE OF MOTION FOR ORDER TO CEASE AND DESIST AND FOR DAMAGES AND ATTORNEY FEES

Debtors have filed with the court a MOTION FOR ORDER TO CEASE AND DESIST AND FOR DAMAGES AND ATTORNEY FEES.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief requested in the above mentioned document, or if you want the court to consider your views on the matter, within 15 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

    United States Bankruptcy Court
    211 West Fort Street, Suite 2100
    Detroit, MI 48226

    If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

    You must also mail a copy to:

    Boren & Carey PC
    2727 South Telegraph Road
    Dearborn MI 48124

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the MOTION FOR ORDER TO CEASE AND DESIST AND FOR DAMAGES AND ATTORNEY FEES and may enter an order granting that relief.

Date: April 23, 2008

____/s/ Gary Boren (P31217)_____
Gary Boren (P31217)
Attorney for Debtors

---------------------------
[1]Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e).

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Daniel J Taylor
and Kathy L Taylor
--------------------------------------------------------
Gary Boren (P31217)
BOREN & CAREY PC            Chapter 7
Attorneys for Debtor(s)          Case No. 07-54833-T
2727 S Telegraph Road          Judge Tucker
Dearborn MI 48124
Telephone: 313.274.2999
--------------------------------------------------------

PROOF OF SERVICE

I, Gary Boren (P31217), hereby certify under penalty of perjury that on April 24, 2008, I served a copy of the following documents:

MOTION FOR ORDER TO CEASE AND DESIST AND FOR DAMAGES AND ATTORNEY FEES with EXHIBIT A
NOTICE OF MOTION FOR ORDER TO CEASE AND DESIST AND FOR DAMAGES AND ATTORNEY FEES

and upon the following person at the addresses listed below by first class U.S. mail fully prepaid postage affixed:and upon

the attached matrix.

Registered Agent
National City Bank
1900 East Ninth Street
Cleveland OH 44114
and

Wendy Turner Lewis
chapter 7 Trustee
456 E. Milwaukee
Detroit MI 48202

and by certified mail with return receipt upon the following person listed below

Philip L. Rice
President, National City Bank
National City Center
1900 East Ninth Street
Cleveland OH 44114-3484


____/s/ Gary Boren (P31217)_____
Gary Boren (P31217)
Attorney for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 07-54833-tjt<br>Eastern District of Michigan<br>Detroit<br>Thu Apr 24 09:09:00 EDT 2008 | American Home Mortgage<br>Acct No 8338<br>PO Box 660029<br>Dallas TX 75266-0029 | Gary B. Boren<br>2727 South Telegraph Road<br>Dearborn, MI 48124-3276 |
| Christopher M. Carey<br>2727 S. Telegraph Rd.<br>Dearborn, MI 48124-3276 | Charter One<br>PO Box 1206<br>Oaks PA 19456-1206 | Charter One Bank<br>Acct No 0678<br>1215 Superior Avenue<br>Cleveland OH 44114-3257 |
| Charter One Bank<br>DDA Recovery RJE245<br>One Citizens Drive<br>Riverside RI 02915-3019 | Citimortgage<br>Acct No 3131-6<br>P.O Box 8003<br>South Hackensack NJ 07606-8003 | Tracy M. Clark<br>24901 Northwestern Hwy.<br>Suite 611<br>Southfield, MI 48075-2210 |
| Douglas Murphy<br>Acct No n/a<br>1949 Echowoods Drive<br>Canton MI 48188-4814 | (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | Leo J. Gibson<br>211 West Fort St.<br>Fifteenth Floor<br>Detroit, MI 48226-3269 |
| Eva Goldstein<br>31440 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-5422 | Lake County Treasurer<br>Acct No 9471 Bass Lake Rd<br>800 10th Street<br>Baldwin MI 49304-7968 | Lake Osceola State Bank<br>Acct No 8580<br>P.O. Drawer A<br>790 N Michigan Ave.<br>Baldwin MI 49304-9001 |
| Wendy Turner Lewis<br>456 E. Milwaukee<br>Detroit, MI 48202-3236 | National City<br>Acct No 0649<br>Customer Services<br>K-A16-F5<br>One NCC Parkway<br>Kalamazoo MI 49009-8003 | Ocwen Loan Servicing<br>Acct No 2154<br>P.O. Box 785056<br>Orlando FL 32878-5056 |
| Stephanie P. Orrico<br>P.O. Box 5041<br>Troy, MI 48007-5041 | RBS Citizens National Assoc d/b/a Charter On | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Research Federal Credit Union<br>7415 Chicago Rd.<br>Warren MI 48092-4756 | Karen L. Rowse-Oberle<br>24525 Harper Ave.<br>Suite Two<br>St. Clair Shores, MI 48080-1286 | Marilynn K. Smyth<br>100 W. Long Lake Rd.<br>Suite 200<br>P.O. Box 1134<br>Bloomfield Hills, MI 48303-1134 |
| State Farm Insurance<br>Acct No 92NC48242<br>928 N Telegraph<br>Dearborn MI 48128-1621 | Stock Building Supply<br>Acct No 25-3315<br>2155 Butterfield Dr Ste 300<br>Troy MI 48084-3452 | Daniel J Taylor<br>29130 Sunnydale<br>Livonia, MI 48154-3350 |
| Kathy L Taylor<br>29130 Sunnydale<br>Livonia, MI 48154-3350 | The Home Depot<br>Acct No unknown<br>PO Box 105980, Dept 51<br>Atlanta GA 30348-5980 | Thomas J. Tucker<br>2<br>211 West Fort Street<br>Room 1900<br>Detroit, MI 48226-3228 |

| Washtenaw County Treasurer | Wayne County Treasurer | Wells Fargo |
|---|---|---|
| Acct No 9900 5 Mile Rd | Acct No 8754 Napier | P.O. Box 6417 |
| 200 N. Main, Suite 200 | 400 Monroe St. 5th Floor | Carol Stream IL 60197-6417 |
| Ann Arbor MI 48104-1413 | Detroit MI 48226-2984 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Fifth Third Bank
Acct No 8579
38 Fountain Square Plaza
Cincinnati OH 45263

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)American Home Mortgage Servicing | (u)CCO Mortgage Corp. | (d)Wendy Turner Lewis |
|---|---|---|
| | | 456 E. Milwaukee |
| | | Detroit, MI 48202-3236 |

| (u)R.B.S. Citizens, N.A. | (u)RBS Citizens, N.A. dba Charter One | (u)Research Federal Credit Union |
|---|---|---|

(u)Stock Building Supply, LLC

End of Label Matrix
Mailable recipients   32
Bypassed recipients    7
Total               39